IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JARED ALLEN, | ) |
| Plaintiff, | ) |
| vs. | ) Cause No. 3:15-cv-03317-TSH |
| OLEG KUPCHENKO, and US BEST TRUCKING, LLC, | ) |
| Defendants. | ) |

### PLAINTIFF'S DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, by and through his undersigned attorney, and hereby dismisses this case with prejudice, each party to bear its own costs and attorney's fees.

**GOLDBLATT & SINGER**

/s/  Shaun M. Falvey
Shaun M. Falvey #6284797
8182 Maryland Avenue, Suite 801
St. Louis, MO 63105
(314) 231-4100
(314) 657-2768 (fax)
sfalvey@stlinjurylaw.com

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was electronically filed on the 26th day of February, 2018 via the Court's CM/ECF filing system which sent such notification to the following:

Richard Narup
Drake, Narup & Mead, P.C.
107 East Allen Street
Springfield, IL 62704

/s/  Shaun M. Falvey